**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 718 MAL 2014
                                        :
                Respondent      :
                                          : Petition for Allowance of Appeal from the
                                          : Order of the Superior Court
              v.                      :
                                          :
                                          :
LAWRENCE A. GAINES,          :
                                          :
                Petitioner        :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 17th day of February, 2015, the Petition for Allowance of Appeal is **DENIED**.